IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00105-CR

 

Milton Gardner,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 87th District Court

Freestone County, Texas

Trial Court No. 04-015-CR

 



ORDER



 

On March 23, 2005, we affirmed the
trial court’s judgment in this appeal, and on April 19, 2005, we denied
Appellant’s Motion for Rehearing.  We have received notice from the Texas Court
of Criminal Appeals that Appellant’s pro se petition for discretionary review
was filed on June 22, 2005.  Pending before us is the Motion to Withdraw of
Daniel L. Burkeen, Appellant’s court-appointed counsel at trial and in this
appeal, filed on May 12, 2005.  We dismiss the Motion to Withdraw as moot.[1]

 

BILL VANCE

Justice

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Motion dismissed as
moot

Order issued and filed August
3, 2005

Do not publish









    [1]       The
responsibility for appointment and withdrawal of court-appointed counsel is
with the trial court.  See Sowels v. State, 45 S.W.3d 690, 692 (Tex. App.—Waco 2001, no pet.); Tex. Code Crim. Proc.
Ann. art. 26.04(a) (Vernon Supp. 2004-05).